UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| DANIEL WORDEN, | ) | C/A No.:  8:06-cv-1074-GRA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | **(Written Opinion)** |
| SUNTRUST BANKS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is brought before the Court on a motion to temporarily stay proceedings until the time to file an appeal with the United States Supreme Court has expired. This Court will stay the pending matter until the time to file a petition with the Supreme Court has either expired without either party filing a petition or the Court has denied the petition.

IT IS SO ORDERED

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

January 26, 2009