UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| DANIEL WORDEN, | ) | C/A No.: 8:06-cv-1074-GRA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | (Written Opinion) |
| SUNTRUST BANKS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court on remand from the Fourth Circuit Court of Appeals. On February 22, 2009, the parties' time to file for certiorari with the United States Supreme Court expired. Therefore, this Court hereby lifts the stay on proceedings, and directs the parties that they have twenty (20) days from the date of this order to file any motions relating to issues brought about as a result of that decision.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

March 5, 2009